# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL SIMMONS, | |
| Plaintiff, | Case No. 2:13-cv-02163-JAD-CWH |
| vs. | **ORDER** |
| AMERICAN GUARD SERVICES, INC., et al., | |
| Defendants. | |

This matter is before the Court on the appearing parties' Stipulation to Extend Discovery Plan Deadline (#17), filed March 13, 2014. The parties request an eight (8) week extension to submit a discovery plan to allow for all non-appearing parties to be served and, therefore, participate in the framing of the discovery plan. Local Rule 26-1(d) mandates that the Plaintiff initiate a Rule 26(f) meeting within thirty (30) days after the "first defendant answers or otherwise appears." It further requires that within fourteen (14) days of the Rule 26(f) meeting, the parties submit a proposed discovery plan and scheduling order. The Court will not delay the commencement of discovery in this matter.[1] Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation to Extend Discovery Plan Deadline (#17) is **denied**. The parties are instructed to submit a proposed discovery plan and scheduling order by **Wednesday, March 19, 2014**.

DATED: March 14, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

---

[1] The Court also notes that the Local Rule 26-6 contemplates the appearance of a party who enters a case after discovery in a case has begun. None of the as yet non-appearing parties will be prejudiced by the commencement of discovery.