# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL SIMMONS, ) | |
|                Plaintiff, ) | Case No. 2:13-cv-02163-JAD-CWH |
| vs. ) | **ORDER** |
| AMERICAN GUARD SERVICES, INC., et al., ) | |
|                Defendants. ) | |

      This matter is before the Court on Plaintiff's Counsel Patricia A. Marr's Motion to Withdraw (#24), filed May 9, 2014, and Plaintiff's Counsel Mark. R. Smith's Motion to Withdraw (#25), filed May 9, 2014.  Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel."  *See* LR IA 10-6(b).  The undersigned has reviewed the motion and finds that the procedural requirements for withdrawal have been met.  All parties were served with a copy of the motion prior to its filing.  The Court has further reviewed the motion and finds that there is good cause for the requested withdrawal.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Counsel Patricia A. Marr's Motion to Withdraw (#24) and Plaintiff's Counsel Mark. R. Smith's Motion to Withdraw (#25) are **granted**.

      **IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of this Order on Plaintiff and file a Notice of Service by **Friday, May 23, 2014**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall add Plaintiff's last known address to the docket:

      Cheryl Simmons
      5301 Silverheart Avenue
      Las Vegas, Nevada 89142

The Clerk shall also send a copy of this Order to Plaintiff at her address via United States Mail.

DATED: May 12, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**